# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

ROY LEE RUSSELL
REG. #21767-009                                                    PETITIONER


VS.                          2:10CV00074 JMM/JTR


T.C. OUTLAW, Warden,
FCC Forrest City                                                   RESPONDENT

## ORDER

     The Court has reviewed the Proposed Findings and Recommended

Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No

objections have been filed.  After careful review, the Court concludes that the

Proposed Findings and Recommended Disposition should be, and hereby are,

approved and adopted in their entirety as this Court's findings in all respects.

Judgment will be entered accordingly.

     IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas

Corpus, under 28 U.S.C. § 2241 (docket entry #2) is DENIED, and this case is

DISMISSED, WITH PREJUDICE.

     Dated this 22nd day of May, 2012.


_____
UNITED STATES DISTRICT JUDGE