# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ROY LEE RUSSELL
REG. #21767-009                                                                              PETITIONER

VS.                               2:10CV00074 JMM/JTR

T.C. OUTLAW, Warden,
FCC Forrest City                                                                             RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 22nd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE